JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132
Facsimile:   (559) 445-0156

Attorney for Defendant
MICHAEL ROSS THOMAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Nos.  1:11-CR-00112 LJO |
| ) | 1:12-CR-00020 LJO |
| Plaintiff, ) | |
| ) | **ORDER GRANTING REQUEST TO SEAL** |
| v. ) | **DOCUMENTS** |
| ) | |
| MICHAEL ROSS THOMAS, ) | |
| ) | |
| Defendant. ) | |

　　　The Court, having considered Defendant Michael Ross Thomas' Request To Seal Documents, the Declaration of John F. Garland in Support of Request to Seal Documents and Defendant's Sentencing Memorandum and Attachment A, the Court finds compelling reasons for the filing of the documents under seal, therefore Defendant's Request To Seal Documents is GRANTED.

　　　IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and Attachment A  shall be **FILED  UNDER  SEAL**.

　　　IT IS SO ORDERED

Dated: May 17, 2012                        /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　LAWRENCE J. O'NEILL
　　　　　　　　　　　　　　　　　　　United States District Judge

1